APPEAL No. 1810. B. I. F. INDUSTRIES, INC. *v.* ALBION RAYMOND. Motion of petitioner granted and instant case consolidated for hearing with case of *Raymond v. B. I. F. Industries, Inc.,* No. 1627-A. *Jordan, Hanson & Curran, E. Howland Bowen,* for petitioner. *Abedon, Michaelson, Stanzler & Biener, Richard A. Skolnik,* for respondent.

APPEAL No. 1848. RICHARD JOYCE SMITH *et al.,* Trustees *N.Y., N.H. & Hartford Railroad Company v.* ROGER WILLIAMS GROCERY COMPANY. Motion to dismiss defendant's appeal granted. *Roberts & Willey, Incorporated, Bruce G. Tucker,* for plaintiffs. *Gladstone & Zarlenga, Bernard C. Gladstone,* for defendant.

APPEAL No. 1936. VICTOR DECOSTA *v.* ADAM B. MACARI, Town *Treasurer of Johnston.* Motion of appellee to dismiss appeal of appellant having been duly served and the appellant not having offered objection, the motion is granted pro forma. *Aisenberg & Dworkin, Robert B. Corris,* for plaintiff-appellee. *Thomas R. DiLuglio,* Town Solicitor, for defendant-appellant.

December 11, 1972.

Ex. No. 1332. STATE *v.* GERARD T. OUIMETTE. Hearing on November 6, 1972 to show cause why the Bill of Exceptions should not be dismissed for lack of prosecution and, no cause having been shown, said Bill of Exceptions dismissed and papers remanded to clerk of the Superior Court for further proceedings. *Richard J. Israel,* Attorney General, for plaintiff. *Bevilacqua & Cicilline, John F. Cicilline,* for defendant.